**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Yancy Nathaniel BOWMAN, Defendant–Appellant.**

No. 01–6937.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

Yancy Nathaniel Bowman, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Yancy Nathaniel Bowman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.* *United States v. Bowman*, Nos. CR–98–255; CA–00–487–1 (M.D.N.C. May 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Randall Posey Lester appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Lester v. Saunders*, No. CA–00–699–7 (W.D .Va. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Bowman also challenges for the first time on appeal his 168–month sentence in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We recently held in *United States v. Sanders*, 247 F.3d 139, 151 (4th Cir.2001), that the new rule announced in *Apprendi* is not retroactively applicable to cases on collateral review. Accordingly, Bowman's *Apprendi* claim is not cognizable.